IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BORELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-cv-51-JPG |
| ) | |
| RICHARD ALLISON, LISA GALES, ) | |
| JOHN LIEFER, and JOHN INMAN, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before this Court is Defendants' Motion to Stay (Doc. 48).

This Court rejected the Magistrate's Report and Recommendations and denied Defendants' Motion for Summary Judgment (Doc. 39). Defendants filed a Notice of Appeal with this Court (Doc. 42) and moved the Court to stay all proceedings in this action pending the outcome of the appeal (Doc. 48). Plaintiff filed his objection to the motion to stay (Doc. 50) and Defendants entered their response (Doc. 51).

Defendants have appealed this Court's denial of their motion for summary judgment on the issue of their qualified immunity. So long as this appeal is "colorable," which is to say, not frivolous, this Court must stay these proceedings. *Goshtasby v. Board of Trustees*, 123 F.3d 427, 428 (7th Cir. 1997). This Court is mindful of Plaintiff's concerns regarding the effect of granting a stay. However, this Court is unwilling to characterize Defendant's appeal as frivolous.

## CONCLUSION

For the reasons stated above, the Court hereby:

**GRANTS** Defendants' motion to stay the proceedings in this cause of action pending the outcome of the appeal. The final pre-trial conference is continued and the Court will notify the parties when the final pre-trial conference is reset.

**IT IS SO ORDERED.**

**Dated: September 8, 2005.**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**