**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RONALD BORELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 02-cv-51-JPG |
| | ) | |
| RICHARD ALLISON, LISA GALES, | ) | |
| JOHN LIEFER, and JOHN INMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon a Mandate from the United States Court of Appeals for the Seventh Circuit,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of defendants Richard Allison, Lisa Gales, John Liefer and John Inman, and against plaintiff Ronald Borello on all his claims in this case. Plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE**.

DATED: June 14, 2006.

                                                      **NORBERT G. JAWORSKI, CLERK**

                                                      **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **U.S. District Judge**